1 So.3d 223 (2008)
Joseph "Roy" FRANCIS, Appellant,
v.
DOLLAR RENT A CAR SYSTEMS, INC., etc., et al., Appellee.
No. 5D08-856.
District Court of Appeal of Florida, Fifth District.
December 23, 2008.
Roy D. Wasson, of Wasson & Assoc., Chartered, Miami, and Thomas K. Brown, of The Nation Law Firm, Longwood, for Appellant.
Lamar D. Oxford, and John D. Robinson, of Dean, Ringers, Morgan & Lawton, Orlando, for Appellee.
PER CURIAM.
AFFIRMED. See Karling v. Budget Rent A Car Sys., Inc., et al., 33 Fla. L. Weekly D2777, ___ So.3d ___, 2008 WL 5100530 (Fla. 5th DCA Dec. 5, 2008).
MONACO, LAWSON and EVANDER, JJ., concur.